

P 46287/M. Bravo

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM

**07CRIM 666**

**TO:** Jim Molinelli, Miscellaneous Clerk

**FROM:** Marcela Bravo, USPO

**RE:** Hirshout, Daniel

**DATE:** July 12, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On June 5, 2006, the above-named individual was sentenced in the Eastern District of Pennsylvania outlined in the attached J & C.

In June 2007, we received the Prob. 22's endorsed by the Honorable J. Curtis Joyner, U.S. District Court Judge, ordering Mr. Hirshout's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Marcela Bravo
U.S. Probation Officer